Certificate Number: 05781-TNM-DE-041296718

Bankruptcy Case Number: 26-03553



05781-TNM-DE-041296718

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 6, 2026</u>, at <u>3:21</u> o'clock <u>PM PDT</u>, <u>LUCILLLE SPEARS TATE</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Tennessee</u>.

Date: <u>August 6, 2026</u>       By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>